# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00657-CV

**Housing Authority of The City of Austin, Appellant**

**v.**

**Ahmed Elbendary, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF WILLIAMSON COUNTY
### NO. 18-0232-CC2, THE HONORABLE LAURA B. BARKER, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The mandate in this cause issued by the Court on November 4, 2019, is hereby withdrawn.

It is ordered on November 8, 2019.

Before Chief Justice Rose, Justices Kelly and Smith